IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. MURPHY, ESQUIRE | : |
| *Plaintiff* | : CIVIL ACTION |
| | : |
| | : NO. 2:17-cv-01239 |
| v. | : |
| | : |
| OFFICE OF DISCIPLINARY, | : |
| COUNSEL, et al. | : |
| | : HON. EDWARD G. SMITH |
| *Defendants* | : |

**Entry of Appearance**

**To the Clerk:**

Kindly enter my appearance on behalf of Defendants in this matter.

    s/Michael Daley
MICHAEL DALEY, ESQUIRE
Attorney I.D. No. PA77212
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6300, Fax: (215) 560-5486
ATTORNEY TO BE NOTICED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. MURPHY, ESQUIRE : | |
| : | CIVIL ACTION |
| *Plaintiff* : | |
| : | NO. 2:17-cv-01239 |
| v. : | |
| : | |
| OFFICE OF DISCIPLINARY, : | |
| COUNSEL, et al. : | |
| : | HON. EDWARD G. SMITH |
| *Defendants* : | |

## Certificate of Service

The undersigned certifies that on March 22, 2017, he caused the foregoing *Entry of Appearance* to be served on the following by first class U.S. Mail:

> Robert J. Murphy, Esquire
> 7 Coopertown Road
> Havertown, PA 19041

> **s/Michael Daley**
> MICHAEL DALEY, ESQUIRE
> Attorney I.D. PA77212
> Supreme Court of Pennsylvania
> Administrative Office of PA Courts
> 1515 Market Street, Suite 1414
> Philadelphia, PA 19102
> legaldepartment@pacourts.us
> (215) 560-6300, Fax: (215) 560-5486